# United States District Court
## SOUTHERN DISTRICT OF OHIO
### EASTERN DISTRICT

RECEIVED
FEB 27 2025
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Anthony Wayne Scott
_(Enter above the full name of the plaintiff in this action)_

vs

RN HOPKINS Individual capacity

RN DUNN Individual capacity

"JOHN DOE" Individual capacity

_(Enter above the full name of the defendant or defendants in this action)_

2:25 CV 0188

JUDGE GRAHAM

MAGISTRATE JUDGE SILVAIN

## COMPLAINT

I. **Previous Lawsuits.**

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

  B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.

  1. Parties to this previous lawsuit

  Plaintiffs _____

  Defendants _____

  2. Court (if Federal Court, name the District; if State Court, name the County)

  _____

  3. Docket Number _____

  4. Name of Judge to whom case was assigned _____

  5. Disposition (for example, Was the case dismissed? Was it appealed? Is it still pending?)

  _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Pickway Correctional Institution

    A. Is there a prisoner grievance procedure in this institution?  (✓) Yes  ( ) No

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes (✓)   No ( )

    C. If your answer is YES,

       1. What steps did you take?  I filed an informal complaint and an appeal after the informal complaint was denied. These were filed at FMC and Madison Corr. Institution

       2. What was the result?  Grievance was denied stating "No further action will be taken on this matter."

    D. If your answer is NO, explain why not _____

    E. If there is no prison grievance procedure in this institution, did you complain to the prison authorities?
       Yes ( )   No ( )

    F. If your answer is YES,

       1. What steps did you take? _____

       2. What was the result? _____

III. Parties

*In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.*

    A. Name of Plaintiff  Anthony Scott #616784

       Address  Pickway Corr. Inst. 11781 St. Rt. 762 Orient, OH 43146

In Item B below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Ms Dunn__ is employed as __RN - Registered Nurse__ at __Chillicothe Corr. Institution__

C. Additional Defendants __Ms Hopkins - Registered Nurse at Chillicothe Corr. Institution__
__Mr. "John Doe" Don't know his Position at Chillicote Corr. Institution__

## IV. Statement of claim.

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On Saturday, June 8th, 2024 between 1:30A.M. - 3:00A.M. while at Chillicothe Corr. Institution I suffered several seizures repeatedly. After the seizures subsided a nurse and a correction officer, one person under each arm, escorted me down two flights of steps to an awaiting golf cart and another nurse. I was instructed to sit on a small seat directly behind the driver. The seat was positioned at the side edge of the golf cart. I was very groggy and no one was back there with me nor was I secured in any way. The nurse made a 90° turn and all I know is I was on the ground in intense pain. The Nurses and "John Doe" was yelling at me,"Get up! You can walk! You probably high or drunk!" "John Doe" then rolled me on my side and pushed all his body weight down on me as if he was trying to push me through the concrete, saying through clenched teeth,"Get up. Ain't nothing wrong with you." I passed out thereafter.

Continue on next page - Attachment 1 & 2

I was transported to Adena ER in Chillicothe, OH and still today I have no recollection of being there. Later that day I was transported to OSU Med. where I stayed until June 10TH and was prescribed a cane, a 4 wheel walker and medication, for the deep abrasions to my right arm, right leg, and the back of my head. I was sent back to Chillicothe Corr. Institution June 10TH, 2024 and the medical personell refused me everything OSU Med prescribed me, including the cane and 4 wheel walker. The nurses at Chillicothe also measured a knot on back of my neck 6cm wide, 6cm long, and protruding 3.5 c.m. On June 11TH, 2024 I was sent to FMC/CMC where I stayed until June 25TH, 2024. I was diagnosed with seizures and sciatica nerve damage. Once again a cane and a four wheel walker was prescribed to me. I utilized them for three months.

I am filing this 8TH Amendment violation claim against Ms. Dunn (RN) for:
1) Deliberate Indifference to serious medical needs.
2) Medical Negligence
3) Pain and Suffering
4) Future Pain and Suffering
5) Cruel and Unusual Punishment
6) Emotional Distress

Attachment 1

IV 2

I am filing this 8th Amendment violation claim against Ms. Hopkins (RN) for:
1) Deliberate Indifference to serious medical needs
2) Medical Negligence
3) Pain and Suffering
4) Future Pain and Suffering
5) Cruel and Unusual Punishment
6) Emotional Distress

I am filing this 8th Amendment violation claim against "John Doe" for:
1) Deliberate Indifference to serious medical needs.
2) Pain and suffering
3) Cruel and unusual Punishment
4) Medical Negligence
5) Emotional Distress

Attachment 2

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I, Anthony Scott would like the court to grant the following relief from Ms Dunn (RN) and Ms. Hopkins (RN):
$75,000.00 for punitive damages and $2,950.00 compensatory damages for billed medical expenses from Adena ER.
Deliberate Indifference - $5,000.00
Pain and suffering - $5,000.00
Future pain and suffering - $50,000.00
Cruel and Unusual Punishment - $5,000.00
Emotional Distress - $5,000.00
Medical Negligence - $5,000.00

I would like the court to grant the following relief from "John Doe": $30,000.00 Punitive damages
Deliberate Indifference - $5,000.00
Emotional Distress - $5,000.00
Pain and suffering - $10,000.00
Cruel and Unusual Punishment - $10,000.00

Signed this 22nd day of February, 2025.

Anthony Scott
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

February 22nd, 2025
Date

Anthony Scott
Signature of Plaintiff